USCA1 Opinion

 

 June 4, 1992 [NOT FOR PUBLICATION] ___________________ No. 92-1063 EUGENE TRUNDY, Plaintiff, Appellant, v. MARTIN MAGNUSSON, Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Campbell, Senior Circuit Judge, ____________________ and Cyr, Circuit Judge. _____________ ___________________ Eugene Trundy pro se on Application for Certificate of ______________ Probable Cause. __________________ __________________ -2- Per Curiam. Petitioner Eugene Trundy was convicted upon __________ pleading nolo contendere to four counts of unlawful sexual ____ __________ contact with minor children. He was sentenced to the maximum possible: twenty years. After pursuing an unsuccessful appeal of this sentence and a similarly unsuccessful petition for postconviction relief, Trundy filed a petition for a writ of habeas corpus in federal court. The district court dismissed the petition and denied the writ. Trundy seeks to appeal this decision. However, the district court declined to issue a certificate of probable cause. We thus treat Trundy's notice of appeal as a request for a certificate of probable cause. See 28 U.S.C. 2253, Fed. R. App. P. 22 (b). ___ Petitioner has filed a memorandum in support of this request in accordance with Local Rule 22. To justify the issuance of a certificate of probable cause, a petitioner must make a "'substantial showing of the denial of [a] federal right.'" Barefoot v. Estelle, 463 U.S. 880, 893 ________ _______ (1983)(quoting Stewart v. Beto, 454 F.2d 268, 270 n.2 (5th _______ ____ Cir. 1971), cert. denied, 406 U.S. 925 (1972)). While the _____ ______ petitioner need not show that "he should prevail on the merits ... he must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the _____ issues [in a different manner]; or that the questions are -2- 'adequate to deserve encouragement to proceed further.'" Id. ___ at n.4 (citations omitted). We have reviewed the petitioner's memorandum and his supplemental filings and the record of the district court.1 We fail to discern any "detail, amplification, or explanation of conceivably appropriate grounds for appeal ... ." Hachey ______ v. State of Maine, 453 F.2d 369, 370 (1st Cir. 1972)(per _______________ curiam). The petitioner has failed to make the threshold showing required to justify the issuance of a certificate of probable cause. Accordingly, the request for a certificate of probable cause is denied and the appeal is terminated. ____________________ 1. We have also reviewed the record of the petitioner's state postconviction proceeding, the transcript of his change of plea hearing, and the sentencing hearing. -3- -4-